| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. apr. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) KEETON, ROBERT E | 2. Court or Organization U.S.D.C. (D. Mass.) | 3. Date of Report 4/26/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 1 Courthouse Way Suite 3130 Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting Individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Prof. of Law Emeritus | Harvard Law School, Cambridge, MA |
| 2. | | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Since | |
| 2. | 1953 | ont'd participation in Ha. v. Group Health Pl. as Prof. Emeritus |
| 3. | Since | |
| 4. | 7/1/54 | Retirement Contract, Teachers Ins. Annuity Assoc. and College |
| 5. | | Retirement Equities Fund, based on contributions by me |
| 6. | | and by Harvard Univ., 1954-79 (reported also as first Item, |
| 7. | | Part VII). |
| 8. | Since | |

FINANCIAL DISCLOSURE OFFICE    RECEIVED MAY 20 10 13 AM '05

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 9. | 9/1/71 | Retirement Contracts wi   Minn. Mu ual Life Ins. Co. |
| 10. | | and Northwestern National Life Ins. Co. |
| 11. | | based on contributions by me and Univ. of Minnesota, |
| 12. | | 1971-72 (reported also as last item, Part VII). |
| 13. | | Royalty agreements are in effect with |
| 14. | | each of the lawbook |
| 15. | | publishers who paid me royalties during the year (which |
| 16. | | are reported in Part III). |
| 17. | | |
| 18. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | West Group, Royalties | 1215.26 |
| 2. | | Lexis Law Publishing, Royalties (no more royalties expected) | 0 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1.     |             |       |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1.       |             |            |

| Name of Person Reporting | Date of Report |
|---|---|
| KEETON, ROBERT E | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/Seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. (On first item, see also Part II, continued infra.) | | | | | | | | | |
| 2. TIAA-CREF Retirement Annuity | G | Annu | O | U | | | | | |
| 3. FLEET BANK(formerly BANK BOSTON) | | | | | | | | | |
| 4. Boston and Cambridge, MA | | | | | | | | | |
| 5. Acct | B | Interest | M | T | | | | | |
| 6. CAMBRIDGE SAVINGS BANK | | | | | | | | | |
| 7. Cambridge, MA | | | | | | | | | |
| 8. Acct | B | Interest | K | T | | | | | |
| 9. CD | D | Interest | M | T | | | | | |
| 10. ▮▮ Farm, | | | | | | | | | |
| 11. Sibley Cty, MN | | | | | | | | | |
| 12. Bought 1/16/79 | | | | | | | | | |
| 13. for $310,200 | D | Rent | N | R | | | | | |
| 14. Farm Crops Stored | D | Crops | J | | | | | | |
| 15. ▮▮ Farm, | | | | | | | | | |
| 16. Yellow Med. Cty, MN [See Part VII, cont'd infra] | E | Rent | M | R | | | | | |
| 17. Farm Crops Stored | D | Crops | K | T | | | | | |
| 18. ▮▮ Farm, 1/4 Interest | | | | | | | | | |

| 1 Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | N = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEETON, ROBERT E | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Renville Cty, MN | D | Rent | M | W | sold | 1/2 | 0 | H2 | Steven J. Haen |
| 20. Farm Crops Stored | A | Crops | J | T | | | | | |
| 21. Trust Acct. Northwestern | | | | | | | | | |
| 22. Farm Mgmt Co., Marshall, MN | A | Interest | J | U | | | | | |
| 23. Clarkfield Farmers Elev., | | | | | | | | | |
| 24. Clarkfield, MN | A | Dividend | J | U | | | | | |
| 25. Belle Plaine Coop., | | | | | | | | | |
| 26. Belle Plaine, MN | A | Dividend | J | U | | | | | |
| 27. Coop Country Farmers | | | | | | | | | |
| 28. Renville, MN | A | Divid. | J | U | | | | | |
| 29. Tri-Line Farmers Coop | | | | | | | | | |
| 30. Marshall, MN | A | None | J | U | | | | | |
| 31. Hanley Falls Farmers Elev. | | | | | | | | | |
| 32. Hanley Falls, MN | A | Dividend | J | U | | | | | |
| 33. Minn. Mut. & NW Nat'l Life | | | | | | | | | |
| 34. Ins. Retirement Annuity | C | Annu | K | U | | | | | |
| 35. U.S. Dept. of Treasury-Treas. Direct | E | Interest | O | U | Reinvest | | M | | Robert E. Keeton |
| 36. TIAA-CREF Mutual Fund | B | Div&CapGn | M | T | Invest | 1/1 | M | A | Robert E. Keeton |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Additional information for Part VII, line 16, Column C(2), Code R:  This farm was purchased under a Purchase-and-Sale Contract of July 1976 at the price of $190,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature       Date **April 26, 2005**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544